**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MIRIAM RODRIGUEZ, POA JANE TALLMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>HOMEGOODS, LLC,<br><br>          Defendant. | Civil Action No. 3:25-cv-02046-VDO<br><br>Date: June 30, 2026 |

**JOINT STATUS REPORT**

Pursuant to the Court's March 26, 2026 Order, Plaintiff Miriam Rodriguez ("Plaintiff") and Defendant HomeGoods, LLC ("Defendant") (collectively the "Parties") submit the following Joint Status Report updating the Court as to the status of arbitration:

1.     This matter was stayed on March 26, 2026. ECF No. 21.

2.     Plaintiff filed her arbitration demand on February 28, 2026 with the American Arbitration Association.

3.     The arbitration in this matter is proceeding. The arbitration is currently scheduled to begin on May 4, 2027 and conclude on May 6, 2027.

4.     The Parties will update the court periodically as to the status of arbitration pursuant to the Court's order.

DATED:  June 30, 2026                         Respectfully submitted,

MIRIAM RODRIGUEZ,                             HOMEGOODS, LLC,

Plaintiff,                                    Defendant,


By: /s/*James V. Sabatini (ASC w/ permission)*   By: /s/ *Anthony S. Califano*
 James V. Sabatini (ct19899)                 Anthony S. Califano (ct27323)
 jsabatini@sabatinilaw.com                    acalifano@seyfarth.com
 Sabatini and Associates, LLC                 SEYFARTH SHAW LLP
 One Market Square                            Seaport East
 Newington, CT 06111                          Two Seaport Lane, Suite 1200
 Telephone: (860) 667-0839                    Boston, Massachusetts 02210-2028
 Facsimile: (860) 667-0867                     Telephone:  (617) 946-4800
                                               Facsimile:  (617) 946-4801


## CERTIFICATE OF SERVICE

 I, Anthony S. Califano, hereby certify that on June 30, 2026, I caused a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants..

       /s/ *Anthony S. Califano*
       Anthony S. Califano